| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (281) 417-0850 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>4900 Travis Street, Suite 212<br>Houston, TX 77002<br>ATTORNEY FOR   Plaintiff | | |
| EASTERN DISTRICT, TYLER<br>211 West Ferguson, Third Floor<br>Tyler, TX 75702 | | |
| PLAINTIFF/PETITIONER: Jason Reina<br>DEFENDANT/RESPONDENT: Henderson RV Park LLC | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>6:24-cv-00400 |
| **Declaration of Service** | | Ref. No. or File No:<br>24806 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**

On: **Henderson RV Park LLC c/o Investorade LLC**

I served the summons at:

**10601 Clarence Dr, 250  Frisco, TX 75033**

On: **11/4/2024**         Time: **09:15 AM**

In the above mentioned action  by personally serving to and leaving with

**Jag S. (W/M/30's/6'0"/180/Black H), Assistant Manager  -  United States Corporation, Agent for Service of Process**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Shawn Camplen**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **144.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Shawn Camplen                                                                      Date: 11/08/2024

Declaration of Service                                                                      Invoice #: 10695396